UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                                Plaintiff,<br><br>                      -against-<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS; DR. CORINNE<br>GALGAY; DOUG COLLINS,<br><br>                            Defendants. | 25-CV-4423 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff brought this action *pro se*. By order dated June 4, 2025, the Court transferred this action to the United States District Court for the District of Columbia. (ECF 8.) On Jule 11, 2025, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Second Circuit. (ECF 10.) On June 26, 2025, Plaintiff filed a document labeled "Emergency Motion to Stay Fee Enforcement and Preserve Appellate Rights Pending Supervisory Intervention and Ruling on IFP." (ECF 11.) In her submission, Plaintiff appears to request permission to proceed *in forma pauperis* ("IFP") on appeal. For the reasons stated in its transfer order, the Court denies Plaintiff's request to proceed IFP on appeal. (*See* ECF 8, at 4 ("The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 396 U.S. 438, 444-45 (1962).").) The Clerk of Court is directed to terminate the motion (ECF 11).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge*, 369 U.S. at 444-45 (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    July 16, 2025
            New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge